

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,603-01

**EX PARTE GARRISON CHRISTOPHER MCCOY, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1397913-A IN THE 230TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Specifically, the index refers to pages 1 through 152 but the record before us ends with page 49.

The district clerk shall either forward to this Court the missing pages or certify in writing that

they are not part of the record.  The district clerk shall comply with this order within thirty days from the date of this order.

Filed: September 16, 2020
Do not publish